UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 22, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARLOS VILLASENOR,

Defendant.

Case No. 2:21-mj-00101-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  CARLOS VILLASENOR , Case No.  2:21-mj-00101-DB  Charge 7 U.S.C. § 2156(b), from custody for the following reasons: for the following reasons:

       Release on Personal Recognizance

       Bail Posted in the Sum of $

__X__ Unsecured Appearance Bond $  50,000

       Appearance Bond with 10% Deposit

       Appearance Bond with Surety

       Corporate Surety Bail Bond

__X__ (Other): **Defendant to be Released to the third-party custody of Sandra Villasenor, with Pretrial Services supervision and conditions of release as stated on the record in court.**

Issued at Sacramento, California on June 22, 2021 at 2:28 PM.

By: /s/ Carolyn Delaney

Magistrate Judge Carolyn K. Delaney