THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California  95814
Telephone:  (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  vs.  <br> CARLOS VILLASENOR,  <br>  Defendant. | Case No.: 2:21-cr-00122-WBS  <br><br> DEFENDANT'S WAIVER OF APPEARANCE AND ORDER |

    Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the Defendant, Carlos Villasenor, hereby waives the right to be personally present in open court upon the hearing of any motion or other proceeding in this case, except for any proceeding which Defendant's presence is required such as a plea, any proceeding during the trial, and sentencing, or any court appearance which the Court orders Defendant to be present. Defendant hereby requests the Court to proceed during every absence of his presence which the Court may permit pursuant to this waiver.  Defendant agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if Defendant were personally present, and further agrees to be present in court ready for trial any day and time the Court may arrange in his absence.

    The Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without Defendant being present.

DATE: 7/21/21  /s/ Carlos Villasenor[1]
CARLOS VILLASENOR
Defendant

I agree with and consent to my client's waiver of appearance.

DATE: 7/21/21  /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Carlos Villasenor

## **ORDER**

Defendant's personal presence is ordered at every court proceeding in this action unless he is expressly excused by the court from appearing at that specific proceeding.

Dated: July 23, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] The original signature is maintained in the client's file.