PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-122 WBS DB |
|---|---|
| Plaintiff, | STIPULATION AND DISCOVERY PROTECTIVE ORDER |
| v. | |
| CARLOS VILLASENOR, | |
| Defendant. | |

WHEREAS, the parties desire to prevent the unauthorized disclosure or dissemination of certain sensitive discovery materials to anyone not a party to the court proceedings in this matter, or to defendant Carlos Villasenor in this case as provided below;

WHEREAS, the defendant has counsel ("Defense Counsel") who wishes the opportunity to review the discovery;

Defendant and the United States, by and through their undersigned counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel that is identified as sensitive and subject to a protective order in this case (hereafter, collectively known as "the protected discovery").

1

     3.    Defense Counsel shall not disclose any of the protected discovery to any person other than the defendant, or attorneys, law clerks, paralegals, secretaries, experts, and investigators, involved in the representation of his client.  At no time shall the defendant be permitted to review the protected discovery outside of the presence of her attorney, and Defense Counsel shall not leave any of the protected discovery with the defendant.

     4.    The protected discovery and information therein may only be used in connection with the litigation of this case and for no other purpose.  The protected discovery is now and will forever remain the property of the United States Government.  Defense Counsel will return the discovery to the Government or certify that it has been shredded or otherwise destroyed at the conclusion of the case.

     5.    Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

     6.    If Defense Counsel releases custody of any of the protected discovery, or authorized copies thereof, to any person described in paragraph (3), Defense Counsel shall provide such recipients with copies of this Order and advise that person that the protected discovery is the property of the United States Government, that the protected discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the protected discovery may constitute a violation of law and/or contempt of court.

     7.    In the event that the defendant obtains substitute counsel, undersigned Defense Counsel agree to withhold the protected discovery from new counsel unless and until substituted counsel agrees to be bound by this Order.

     8.    Defense Counsel shall be responsible for advising his client, employees, and other members of the defense team of the contents of this Stipulation/Order.

IT IS SO STIPULATED.

Dated:  August 19, 2022                               Respectfully submitted,

                                           PHILLIP A. TALBERT
                                         United States Attorney

                               By:    */s/ Audrey B. Hemesath*
                                      AUDREY B. HEMESATH
                                      Assistant U.S. Attorney

                                    By:   */s/ Tom Johnson*
                                          TOM JOHNSON
                                          Counsel for the Defendant

## **ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 19, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE