THOMAS A. JOHNSON, #119203
MONICA A. QUINLAN, #325465
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS VILLASENOR,<br><br>Defendant. | Case No.: 2:21-cr-00122-WBS<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE<br><br>Date: November 14, 2022<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

## **STIPULATION**

The United States of America through its undersigned counsel, Audrey Hemesath, Assistant United States Attorney, together with Thomas A. Johnson, and Monica Quinlan, counsel for defendant, Carlos Villasenor, hereby stipulate the following:

1. By previous order, this matter was set for Status Conference on November 14, 2022.
2. By this stipulation, defendant now moves to continue the Status Conference to December 19, 2022 at 9:00 a.m.
3. The parties agree and stipulate, and request the Court find the following:
   a. The government has provided defense counsel over 6,000 pages of discovery in this case.
   b. A continuance is requested because counsel for the defendant needs additional time to review the discovery, conduct investigation, and discuss a potential resolution.

   c. Counsel for defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The Government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of November 14, 2022 to December 19, 2022, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATE:  November 9, 2022

　　　　　　　　　　　　　　　　　　　　 /s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　Attorney for Carlos Villasenor

DATE:  November 9, 2022

　　　　　　　　　　　　　　　　　　　　 /s/ Monica A. Quinlan
　　　　　　　　　　　　　　　　　　　　MONICA A. QUINLAN
　　　　　　　　　　　　　　　　　　　　Attorney for Carlos Villasenor

DATED:  November 9, 2022

                                            /s/ Audrey Hemesath
                                            AUDREY HEMESATH
                                            Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORDERED.**

Dated:  November 10, 2022

                                      WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE