THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CARLOS VILLASENOR,<br><br>    Defendant. | Case No.: 2:21-cr-00122-WBS<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING<br><br>Date:   3/20/2023<br>Time:   9:00am<br>Judge:  Hon. William B. Schubb |

## **STIPULATION**

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Audrey Hemesath, and Defendant CARLOS VILLASENOR, by and through his counsel of record, Thomas Johnson, hereby stipulate as follows:

1. By previous order, the judgment and sentencing hearing was set for 3/20/23.
2. The parties stipulate to continue the hearing to 4/10/23. The Schedule for Disclosure of Pre-Sentencing Report and for Filing Objections to the Pre-Sentence Report is amended as follows:
   a. Judgment and Sentencing Date: **4/10/23 at :00 a.m**.
   b. Reply or statement of non-opposition: **4/03/23**.
   c. Motion for correction of Pre-Sentence Report shall be filed with the court and served on the probation office and opposing counsel no later than: **3/27/23**.
   d. The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: **3/20/23**.

STIPULATION AND ORDER        - 1 -

e. Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and Opposing counsel no later than: **3/13/23**.

f. The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: **3/06/23**.

**IT IS SO STIPULATED.**

DATE:  February 24, 2023

      /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Carlos Villasenor

DATED:  February 24, 2023

      /s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**

Dated:  February 27, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE