THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      vs.<br><br>CARLOS VILLASENOR,<br><br>               Defendant. | ) Case No.: 2:21-cr-00122-WBS<br>)<br>) STIPULATION AND ORDER TO<br>) CONTINUE JUDGMENT AND<br>) SENTENCING HEARING<br>)<br>) Date:    April 10, 2023<br>) Time:    9:00am<br>) Judge:   Hon. William B. Shubb |

## **STIPULATION**

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for April 10, 2023 at 9:00 a.m. is continued to **May 15, 2023 at 9:00 a.m.** The continuance is being requested so that defense counsel has adequate time to prepare for sentencing. Audrey Hemesath, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  April 4, 2023

 /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Carlos Villasenor

DATED:  April 4, 2023

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  April 6, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE