HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID M. PORTER, SBN #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS VILLASENOR,<br><br>    Defendant. | No. Cr. S 21-122 WBS-01<br><br>**ORDER AMENDING BRIEFING SCHEDULE**<br><br>**RETROACTIVE CRIMINAL HISTORY CASE** |

Pursuant to counsel's unopposed request, and good cause appearing therefor, the request is **GRANTED**.

The briefing schedule set forth in this Court's November 16, 2023 order is VACATED.  The Office of the Federal Defender will file a status report, amended motion, or stipulation on or before February 23, 2024.

IT IS SO ORDERED.

Dated:  January 10, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE