UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>CARLOS VILLASENOR,<br><br>             Defendant. | No. 2:21-cr-00122 WBS<br><br><br>ORDER |

----oo0oo----

Defendant Carlos Villasenor has filed a pro se motion for reduction of his sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821. (Docket No. 60.) The United States shall file any opposition to defendant's motion no later than sixty (60) days from the date of this order. Defendant may file a reply no later than thirty (30) days from the date of the filing of the United States' opposition. After briefing is complete, the court will take the motion under submission and will inform the parties

///
///

1

1          if oral argument or further proceedings are necessary.
2          IT IS SO ORDERED.
3  Dated:  March 7, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE