1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10                                ----oo0oo----

11

12    UNITED STATES OF AMERICA,              No. 2:21-cr-00122 WBS

13                    Plaintiff,

14        v.                                 ORDER

15    CARLOS VILLASENOR,

16                    Defendant.

17

18                                ----oo0oo----

19            Defendant Carlos Villasenor has filed a pro se motion

20    for reduction of his sentence under 18 U.S.C. § 3582(c)(2) and

21    Amendment 821.  (Docket No. 60.)  Defendant requests a reduction

22    of his sentence because he claims, among other things, that he

23    has zero criminal history points.  However, as found by the

24    presentence report (Docket No. 44 at ¶¶ 37-41), which the court

25    adopted, defendant had two criminal history points based on a

26    conviction for driving under the influence of alcohol in 2014 and

27    a conviction for driving with a suspended license in 2014.

28    Accordingly, defendant is not eligible for a reduction under the

1

1  zero point provision of Amendment 821.  See U.S.S.G. §

2  4C1.1(a)(1) (requiring a defendant to show that he did not

3  receive any criminal history points to receive a 2-level

4  reduction under the zero-point provision).[1]

5          IT IS THEREFORE ORDERED that defendant's motion to

6  reduce sentence (Docket No. 60) be, and the same hereby is,

7  DENIED.

8  Dated:   June 11, 2024

WILLIAM B. SHUBB
9  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

_____

25  [1]     Defendant did not request a reduction of his sentence
based on the "status point" provision of Amendment 821, which
26  addresses the additional criminal history points given to
offenders who committed an offense while under a criminal justice
27  sentence.  Nevertheless, defendant appears ineligible for a
reduction under that provision because he did not receive any
28  status points.  (See PSR ¶¶ 39-41.)

2