HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
CARLOS EDUARDO VILLASENOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-122-WBS |
| Plaintiff, | **ORDER TO MODIFY SPECIAL CONDITION #8 OF SUPERVISION** |
| vs. | |
| CARLOS EDUARDO VILLASENOR, | Judge: Hon. William B. Shubb |
| Defendant. | |

The Court, having received and considered the defense's unopposed motion to modify the language of Special Condition #8 contained at Dkt. 53 at 5, and good cause appearing therefrom, GRANTS the motion. Special Condition #8 of the defendant's terms of supervision shall now read as follows (amendment in italics):

> You must make payments towards any unpaid criminal monetary penalty in this case during supervised release at the rate of at least 10% of your gross monthly income*, or at a lesser rate if authorized by probation*. Payments are to commence no later than 60 days from placement on supervision. This payment schedule does not prohibit the United States from collecting through all available means any unpaid criminal monetary penalty at any time, as prescribed by law.

IT IS SO ORDERED.

Dated: September 9, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-